_____

No. 95-2585
_____

Nicholas Steven Smith,                    *
                                          *
              Appellant,                  *
                                          *  Appeal from the United States
       v.                                 *  District Court for the
                                          *  Eastern District of Missouri.
Teamsters Local Union, No. 688;           *
National Foods,                           *       [UNPUBLISHED]
                                          *
              Appellees.                  *

_____

                 Submitted:  March 6, 1996

                     Filed:  March 12, 1996
                      _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                      _____

PER CURIAM.


     Nicholas Steven Smith appeals from the district court's[1] order
disposing of his claims of employment discrimination and unfair
representation.  Having carefully reviewed the record and the parties'
briefs, we conclude the judgment of the district court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


       Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Edward L. Filippine, United States District
Judge for the Eastern District of Missouri.